THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. BRIDGE AUTO RENTING CORPORATION, Respondent.

(Argued October 22, 1936; decided November 24, 1936.)

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Francis J. Bloustein* of counsel), for appellant.

*Thomas I. Sheridan* and *Harry C. Kane* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.